UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-24988-ALTONAGA/O'SULLIVAN

KAREN WILSON,

      Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant(s).                    /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Karen Wilson and Defendant, The Prudential Insurance Company of America, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: March 16, 2017

| | |
|---|---|
| By: /s/ Cesar Gavidia | By: /s/ Philip J. Kantor |
| Cesar Gavidia, ESQ. | PHILIP J. KANTOR, ESQ. |
| Fla. Bar No. 015263 | Fla. Bar No. 435597 |
| Dell & Schaefer | Quintairos, Prieto, Wood & Boyer, P.A |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | One East Broward Blvd., Suite 1200 |
| Hollywood, FL 33020 | Ft. Lauderdale, FL 33301 |
| Ph.(954) 620-8300 | Ph.(954) 523-7008 |
| Fax:(800) 380-6151 | Fax: (954) 523-7009 |
| Cesar@diattorney.com | pkantor.pleadings@qpwblaw.com |